# United States District Court
## Southern District of Georgia

KERRY CHAPPELL,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:17-cv-240

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 1, 2019 adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, the Court Affirms the Acting Commissioner's final Decision, and judgment is entered in favor of the Acting Commissioner. This case stands closed.

Approved by: _____

March 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03